[No. 4912.   Decided September 21, 1904.]

35   701
f35 · 701

CHARLES R. WILCOX, *Respondent*, v. THOMAS CARSTENS *et al*, *Appellants*.

Appeal from a judgment of the superior court for King county, Tallman, J., entered July 20, 1903.   Affirmed.

*Humphries & Bostwick*, for appellants.

*R. E. Ferree, J. D. Waller*, and *R. W. Emmons*, for respondents.

PER CURIAM.—This case is not materially different from No. 4757, *Wilcox v. Henry   ante*, p. 591], just decided.   For the reasons announced therein, the judgment in this case is affirmed.